In re:                                                          Case No. 15-00531-RNO
John J. Baldwin                                                 Chapter 13
Jennifer A. Baldwin
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke        Page 1 of 1          Date Rcvd: Sep 15, 2020
                             Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2020.
db/jdb          +John J. Baldwin,    Jennifer A. Baldwin,    4020 Rivercrest Ct.,   Milford, PA 18337-9325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2020 at the address(es) listed below:
          Ashlee Crane Fogle   on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New
           York as Trustee for First Horizon Alternative Mortgage Securities Trust 2005-FA9
           afogle@rascrane.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   U.S. Bank National Association, not in its individual
           capacity but solely as Trustee for the NRZPass-ThroughTrustVII bkgroup@kmllawgroup.com
          John Arpad Poka   on behalf of Debtor 2 Jennifer A. Baldwin jpoka@optonline.net
          John Arpad Poka   on behalf of Debtor 1 John J. Baldwin jpoka@optonline.net
          Kevin S Frankel   on behalf of Creditor   Nationstar Mortgage, LLC. pa-bk@logs.com
          Kristen D Little   on behalf of Creditor   Nationstar Mortgage, LLC. pabk@logs.com,
           klittle@logs.com
          LeeAne O Huggins   on behalf of Creditor   Nationstar Mortgage, LLC. pabk@logs.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                           TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

John J. Baldwin,                                    Chapter        13

**Debtor 1**
                                                    Case No.       5:15-bk-00531-RNO
Jennifer A. Baldwin,

**Debtor 2**


Social Security No.:
                        xxx-xx-3675                 xxx-xx-4871
Employer's Tax I.D. No.:


# FINAL DECREE


The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Charles J DeHart, III (Trustee)


is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  September 15, 2020                  By the Court,

*Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk


**fnldec** (05/18)